# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 2 | **DATE** | 11/13/07 |
| **CASE TITLE** | USA vs. William Damien Carter | | |

**DOCKET ENTRY TEXT**

Warrant for arrest to issue as to William Damien Carter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|