UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-15-07
NOV 15 2007

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.   07 CR 746 |
| v. ) | |
| ) | Judge Nan R. Nolan |
| ARRIBA LEWIS and ) | |
| WILLIAM DAMIEN CARTER ) | |

**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT, AFFIDAVIT, and ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court unseal the Criminal Complaint, Affidavit, and Arrest Warrants in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
BARRY RAND ELDEN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-3540