UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   07 CR 746 |
| v.            ) | |
| ) | Judge Nan R. Nolan |
| ARRIBA LEWIS and    ) | |
| WILLIAM DAMIEN CARTER ) | |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 13, 2007, are hereby UNSEALED.

ENTER:

_Nan R. Nolan_
NAN R. NOLAN
United States Magistrate Judge

Dated: November 15, 2007