**FILED**

11-16-07
NOV 1 6 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES OF AMERICA )
)
v. )
)
WILLIAM DAMIEN CARTER )

No.    07 CR 746

Judge Nan R. Nolan

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, and respectfully represents that:

      Name:    WILLIAM DAMIEN CARTER
      Sex:
      Jail Identificat

has been and now is, in due form and process of law, detained in the following institution:

Cook County Jail
2600 S. California St.
Chicago, IL 60608

Your petitioner further represents that the said prisoner has been charged in the

Eastern Division of the Northern District of Illinois with violating Title 21, United States

Code, Section 846, and is now wanted in such division and district on November 20, 2007,

at 3:00 p.m. for initial appearance before Judge Nolan, Courtroom 1858.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ

of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL              WARDEN
NORTHERN DISTRICT OF ILLINOIS      COOK COUNTY DEPT. OF CORRECTIONS
CHICAGO, ILLINOIS                  2600 S. CALIFORNIA AVENUE
                                   CHICAGO, ILLINOIS 60608

commanding them to produce the body of said prisoner before Judge Nolan, Courtroom

1858, 219 S. Dearborn St., Chicago, IL, on November 20, 2007 at 3:00 p.m.


                         Respectfully submitted,

                         PATRICK J. FITZGERALD
                         United States Attorney


                   By:   _____
                         BARRY RAND ELDEN
                         Assistant U. S. Attorney
                         (312) 353-3540

2