UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No.   07 CR 746
v. )
) Judge Nan R. Nolan
WILLIAM DAMIEN CARTER )

## O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

has been and now is, in due process of law, incarcerated in the following institution:

Cook County Jail, 2600 S. California, Chicago, IL 60608

and that said defendant is charged in the above-captioned case with violating Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 3:00 p.m. on November 20, 2007, for an initial appearance before Judge Nan R. Nolan, Courtroom 1858, 219 S. Dearborn, Chicago, IL.

IT IS THEREFORE ORDERED that the following persons:

| UNITED STATES MARSHAL | WARDEN |
|---|---|
| Northern District of Ill. | Cook County Dept. of Corrections |
| Chicago, Illinois | 2600 S. California Ave. |
| | Chicago, IL |

bring or cause to be brought before this Court, on November 20, 2007, at 3:00 p.m., in the United States Court House in Chicago, Illinois, Courtroom 1858, 219 S. Dearborn,

Chicago, IL, the body of the defendant WILLAIM DAMIEN CARTER; and that a Writ of Habeas Corpus Ad Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Nan R. Nolan*

MAGISTRATE JUDGE NAN R. NOLAN

DATED at Chicago, Illinois
this 16th day of November, 2007