Order Form (01/2005)

M HN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 2 | **DATE** | 11/20/07 |
| **CASE TITLE** | USA vs. William Damien Carter | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant William Damien Carter appears in response to arrest on 11/20/07. Defendant informed of his rights. Enter Order appointing Panel Paul E Paprocki as counsel for defendant. Government seeks detention. Detention hearing is set for 11/26/07 at 2:00 p.m. Defendant to remain in custody until further order of the Court. Government's oral motion for remand is granted. Defendant is hereby remanded into federal custody.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LXS |
|---|---|---|