MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 2 | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. William Damien Carter | | |

**DOCKET ENTRY TEXT**

Defendant's counsel telephonically advised the Court that defendant does not oppose detention at this time, without prejudice to defendant's right to move at a later time for release on conditions. Detention hearing set for 11/26/07 at 2:00 p.m. is stricken. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|