## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 2 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. William Damien Carter | | |

**DOCKET ENTRY TEXT**

Telephone status hearing with counsel held. Defendant's counsel Paul Paprocki advises the court that defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|