# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.

WILLIAM DAMIEN CARTER

**WARRANT FOR ARREST**

**CASE NUMBER:**  07 CR 746

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WILLIAM DAMIEN CARTER_____
                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment    __Information    _x_Complaint    __Order of court    __Violation Notice    __Probation Violation Petition

charging him or her with    (brief description of offense)

violation of Title 21, United States Code, Section 846, conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

# FILED

NOV 2 7 2007
11-27-07
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Name of Issuing Officer

Non R. Nolan  "/13/07
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_____
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST UNEXECUTED | Brought in on WRIT 11/30/07 | |

AO 442 (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT:_____

PLACE OF BIRTH:_____

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER:_____

HEIGHT:_____  WEIGHT:_____

SEX:_____  RACE:_____

HAIR:_____  EYES:_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER:_____

COMPLETE DESCRIPTION OF AUTO:_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____

_____

_____