**FILED**
NOV 2 8 2007
11-28-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 CR 0746 |
| ) | Violations: Title 21, United States Code, |
| ARRIBA LEWIS and ) | Section 841(a)(1) |
| WILLIAM DAMIEN CARTER ) | |

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 12, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM DAMIEN CARTER,

defendant herein, knowingly and intentionally did distribute more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about August 9, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### WILLIAM DAMIEN CARTER,

defendant herein, knowingly and intentionally did distribute more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 6, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

## ARRIBA LEWIS,

defendant herein, knowingly and intentionally did distribute more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 14, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ARRIBA LEWIS,

defendant herein, knowingly and intentionally did distribute more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

4