FELONY NF



**FILED**
NOV 2 8 2007
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS
**JUDGE DER-YEGHIAYAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   *United States v. Lewis & Carter*, 07 CR 746  NOLAN  **MAGISTRATE JUDGE NOLAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)             ☐ Income Tax Fraud .......... (II)            ☐ DAPCA Controlled Substances ... (III)
   ☐ Criminal Antitrust ...... (II)           ☐ Postal Fraud ............. (II)             ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery .......... (II)             ☐ Other Fraud ............. (III)             ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery .... (II)            ☐ Auto Theft .............. (IV)              ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ......... (II)             ☐ Transporting Forged Securities .. (III)     ☐ Food & Drug Laws ........... (IV)
   ☐ Assault ............... (III)            ☐ Forgery ................. (III)             ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary .............. (IV)             ☐ Counterfeiting ........... (III)            ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)             ☐ Sex Offenses ............ (II)              ☐ Obscene Mail .............. (III)
   ☐ Postal Embezzlement ... (IV)             ☐ DAPCA Marijuana ......... (III)             ☐ Other Federal Statutes ...... (III)
   ☐ Other Embezzlement .... (III)            ☒ DAPCA Narcotics ......... (III)             ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information. 21 U.S.C. §§ 841(a)(1)

_____
BARRY RAND ELDEN
Assistant United States Attorney

**FILED**
NOVEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Revised 12/99