Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 746 | DATE | NOVEMBER 28, 2007 |
| CASE TITLE | US v. ARRIBA LEWIS and WILLIAM DAMIEN CARTER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the _SPECIAL MARCH 2007_ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

Docket Entry:

**JUDGE DER-YEGHIAYAN**

**MAGISTRATE JUDGE NOLAN**

NO BOND SET; DETAINED BY MAGISTRATE AS TO BOTH DEFENDANTS.

**FILED**
NOV 28 2007    NF

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials

Date/time received in Central Clerk's office

| Number of notices | DOCKET# |
| Date docketed |
| Docketing dpty. initials |
| Date mailed notice |
| Mailing dpty. initials |