## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 2 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. William Damien Carter | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant William Damien Carter. Defendant enters plea of guilty as to Count II of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 10/23/08. The parties are further given leave until 10/23/08 to submit to the Court any other sentencing position papers. Sentencing is set for 10/30/08 at 11:15 a.m.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | maw |
|---|---|---|